In the Matter of the Application of FLORENCE L. HUTSON to Compel JAMES R. DUNCAN et al., as Trustees for GEORGE W. FOWLER, under the Will of GEORGE FOWLER, Deceased, to Pay Over Income of the Trust to Her.

FLORENCE L. HUTSON, Petitioner-Respondent; JAMES R. DUNCAN, THE CITY NATIONAL BANK OF BINGHAMTON, and RAYMOND D. DEWEY, as Trustees under the Will of GEORGE FOWLER, Deceased, Appellants; GEORGE W. FOWLER, Respondent.

Argued June 17, 1943; decided July 20, 1943.

*C. W. Turner* for appellants.

*W. B. Roulstone* for Florence L. Hutson, respondent.

*Clinton DeWitt Van Siclen* and *John G. Powers* for George W. Fowler, respondent.

Order affirmed, with costs to all attorneys payable out of the fund. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.